UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMILAH ABDUL-HAQQ, | Case No. 19-cv-03727-JD (DMR) |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| PERMANENTE MEDICAL GROUP, INC., et al., | |
| Defendants. | |

A settlement planning call was scheduled for February 13, 2020 at 9:30 a.m. in the above-entitled case. Plaintiff Jamilah Abdul-Haqq did not make an appearance. Therefore, IT IS HEREBY ORDERED that by February 20, 2020, Ms. Haqq shall file a statement explaining why she failed to attend the February 13, 2020 telephonic conference. The settlement planning call has been rescheduled to take place on March 20, 2020 at 9:30 a.m. Ms. Haqq shall receive the call-in credentials via mail. Counsel for Defendants shall receive the call-in credentials via email.

**IT IS SO ORDERED.**

Dated: February 13, 2020

DONNA M. RYU
United States Magistrate Judge