UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMILAH ABDUL-HAQQ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PERMANENTE MEDICAL GROUP, INC., et al.,<br><br>　　　　Defendants. | Case No.  3:19-cv-03727-JD<br><br>**ORDER RE MOTION TO RETAIN CONFIDENTIALITY**<br><br>Re: Dkt. No. 120 |

For the motion re confidentiality, Dkt. No. 120, all medical and psychological records for plaintiff will be treated as highly confidential, and all employment records for plaintiff will be treated as confidential, under the stipulated protective order, Dkt. No. 117.  All ECF filings that disclose either category of information will be filed under seal with a request to seal that conforms to Civil Local Rule 79-5 and this Court's sealing practices.  *See In re Google Play Store Antitrust Litig.*, --- F. Supp. 3d ---, 2021 WL 4190165 (N.D. Cal. 2021).

**IT IS SO ORDERED.**

Dated:  March 3, 2022

JAMES DONATO
United States District Judge